UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DAN WEAVER, on behalf of himself and all others similarly situated, | ) ) ) | C/A: 4:15-cv-03456-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO ALLOW** |
| LABEL HOSPITALITY GROUP, LLC d/b/a ROOSTER'S RESTAURANT BAR AND GRILL and EREZ SUKARCHI, individually,, | ) ) ) ) ) | **ELECTRONIC SERVICE** |
| Defendants. | ) ) | |

Upon consent of the parties, the parties in this action are required to observe the following terms:

**IT IS ORDERED** that if an email is sent before 5:00 p.m. EST/EDT, service will be effective the day of the email. If an email is sent at 5:00 p.m. EST/EDT or later, service will be effective the next day. Service by email will be the same as if service were by hand delivery.

**IT IS ORDERED** that if an attorney for any of the parties has computer problems that prevent timely receipt of any particular document, then that attorney should submit an affidavit to all counsel explaining the problems and the date on which the attorney did receive the document. Service will then be effective when the attorney received the document using the times in the second paragraph above.

**AND IT IS SO ORDERED.**

September 28, 2015                              s/ R. Bryan Harwell
Florence, South Carolina                       R. Bryan Harwell
                                                              United States District Judge