UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DAN WEAVER, on behalf of himself and all others similarly situated, | ) ) ) | C/A: 4:15-cv-03456-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO STAY ACTION** |
| LABEL HOSPITALITY GROUP, LLC d/b/a ROOSTER'S RESTAURANT BAR AND GRILL and EREZ SUKARCHI, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter came before the court on the joint motion of Plaintiff, Dan Weaver, on behalf of himself and all others similarly situated, and all of the filed Opt-Ins to date (all jointly "Plaintiffs") and Defendants Label Hospitality Group, LLC d/b/a Rooster's Bar and Grill and Erez Sukarchi (all jointly "Defendants"), pursuant to FRCP 16, for an Order through November 16, 2015, to allow the parties an opportunity to attempt to resolve this action. The parties request a temporary stay on all deadlines, including responses to court requested items. If the parties are unable to resolve this action by November 16, they will submit a revised scheduling order to the court and respond to all other Rule 26 items.

**IT IS SO ORDERED!**

October 13, 2015                                         s/ R. Bryan Harwell
Florence, South Carolina                           R. Bryan Harwell
                                                                  United States District Judge